IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

RONALD LANDERS,                    )
                                   )
        Plaintiff,                 )
                                   )        Case No. 1:20-cv-00284-TRM-CHS
vs.                                )
                                   )
LOANCARE, LLC                      )
                                   )
        Defendant.                 )

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ronald Landers hereby gives notice of his

dismissal WITH PREJUDICE of this action.  Defendant LoanCare, LLC ("LoanCare") stipulates to

this dismissal.  Each party to bear their own costs and fees.

Respectfully submitted,

RONALD LANDERS, *Pro Se*
*/s/ Ronald Landers*
4612 Malinta Lane
Chattanooga, TN 37416
rtlndrs@gmail.com

FIDELITY NATIONAL LAW GROUP

*/s/ W. Reese Willis III*
W. REESE WILLIS III*
BPR# 015085
ELIZABETH PADGETT**
BPR# 022635
4170 Ashford Dunwoody Road, Suite 475
Atlanta, Georgia 30319
Telephone:  (770) 325-4831*
Telephone:  (770) 325-4815**
Email:  reese.willis@fnf.com
Email: elizabeth.padgett@fnf.com

Erica L. Calderas (*pro hac vice*)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Telephone: (216) 621-0150
Email: elcalderas@hahnlaw.com

*Attorneys for LoanCare, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

On March 4, 2022, I electronically filed this document through the CM/ECF system and mailed via U.S. Mail, First Class, and electronic mail a copy of same, along with the notice of electronic filing, to the following:

Ronald Landers
4612 Malinta Lane
Chattanooga, TN 37416
rtlndrs@gmail.com

FIDELITY NATIONAL LAW GROUP

*/s/ W. Reese Willis III*
W. REESE WILLIS III*
BPR# 015085
ELIZABETH PADGETT**
BPR# 022635
4170 Ashford Dunwoody Road, Suite 475
Atlanta, Georgia 30319
Telephone:  (770) 325-4831*
Telephone:  (770) 325-4815**
Email:  reese.willis@fnf.com
Email: elizabeth.padgett@fnf.com

*Attorneys for LoanCare, LLC*
